## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: February 7, 2023

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:  District Court Case No.: 1:23-cv-20226-RAR

State Court Case No.: 22-24441-CA-01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By: _____
Deputy Clerk

On: 2/13/2023

Angela E. Noble, Clerk of Court

By  /s/ *Suzanne Carlson*
Deputy Clerk

Luis G. Montaldo
Clerk Ad Interim
Circuit and County Courts
Civil Courts Division
73 West Flagler Street, #138
Miami, Florida 3330

RECEIVED
FEB 17 2023
CLEARED FTP M-RAY



PRESORTED FIRST CLASS

US POSTAGE ᴾᴹ PITNEY BOWES
ZIP 33331 $ 000.47¹
02 4W
0000379559 FEB 14 2023

PRSRT 1ST CLASS 021523

United Stated District Court
Southern District of Florida
Clerk's Office, Room 1016
101 South U.S. Highway One
Fort Pierce, FLorida 34950-4209

AAC6558  34950